# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re *ARROW SEAFOODS, INC., a   Corporation*

Case No. *06 B 12790 (SMB)*
Chapter   *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $     1,000,000.00 | | |
| B-Personal Property | Yes | 3 | $     3,864,924.78 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $     688,038.47 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $     346,910.27 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | $     4,588,424.54 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $     0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $     0.00 |
| TOTAL | | 41 | $     4,864,924.78 | $     5,623,373.28 | |

In re _ARROW SEAFOODS, INC._ _____ / Debtor    Case No. _06 B 12790 (SMB)_

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _18,450 SHARES OF THE NEW FULTON FISH MARKET MOOPEARTIVE AT HUNTS POINT, INC. FOR USE OF 800 FOOD CENTER DRIVE UNIT NO: 66, 68, 70, 72, 74, 76, 78, 80, 82 AND 84 CONSISTING OF APPROXIMATELY 14,000 SQUARE FEET OF SELLING SPACE , EXPIRES MAY 2055_ _VALUATION IS AN ESTIMATE_ | _PROPRIETARY SUBLEASE_ | | $ 1,000,000.00 | $ 600,000.00 |
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules.) | | _1,000,000.00_ | |

In re <u>ARROW SEAFOODS, INC.</u>                    / Debtor          Case No. <u>06 B 12790 (SMB)</u>

                                                                                       (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *PETTY CASH IN SAFE BOX* Location: In debtor's possession | | $ 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *CHECKING ACCOUNT WITH VALLEY NATIONAL BANK ACCOUNT ENDING IN *572* Location: In debtor's possession | | $ 120,082.49 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *SECURITY DEPOSITS WITH THE NEW FULTON FISH MARKET* Location: In debtor's possession | | $ 50,836.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re <u>*ARROW SEAFOODS, INC.*</u>_____ / Debtor      Case No. <u>*06 B 12790 (SMB)*</u>

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | ACCOUNTS RECEIVABLES AS OF 11/27/2006 Location: In debtor's possession | | $ 3,279,041.61 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | POTENTIAL CLAIM AGAINST VALLEY NATIONAL BANK Location: In debtor's possession VARIOUS LICENSES WITH THE STATE OF NEW YORK AND THE CITY OF NEW YORK Location: In debtor's possession | | Unknown Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | CUSTOMER LIST Location: In debtor's possession | | UNKNOWN |
| 25. Automobiles, trucks, trailers and other vehicles. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | MISCELLANEOUS OFFICE FURNISHINGS Location: In debtor's possession | | $ 5,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | MACHINERY & EQUIPMENT (ROLLING PALLET JACKS, FORKLIFTS, ELECTRINC CHARGES, FREEZERS, ETC.) Location: In debtor's possession | | $ 100,000.00 |

In re _ARROW SEAFOODS, INC._ _____ / Debtor     Case No. _06 B 12790 (SMB)_
<span style="text-align:right;">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband–H<br>Wife–W<br>Joint–J<br>Community–C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| 30. Inventory. | | _INVENTORY AS OF 11/27/2006_<br>_Location: In debtor's possession_ | | $ 309,464.68 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.<br>    Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not<br>    already listed. Itemize. | X | | | |

**Total** ➡     $ 3,864,924.78

(Report total also on Summary of Schedules.)<br>Include amounts from any continuation sheets attached.

Official Form 6D (10/06)   West Group, Rochester, NY

In re ARROW SEAFOODS, INC.
_____
                Debtor(s)

Case No. 06 B 12790 (SMB)
                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. § 112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 5223 Creditor # : 1 DE LAGE LANDEN FINANCIAL SVCS 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 | | 10/25/06 FINANCE AGMT FOR PALLET JACKS  Value: $ 0.00 | | | | $ 13,555.13 | $ 13,555.13 |
| Account No: 4698 Creditor # : 2 DE LAGE LANDEN FINANCIAL SVCS 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 | | 10/25/05 FINANCE AGMT FOR FORKLIFTS  Value: $ 0.00 | | | | $ 74,483.34 | $ 74,483.34 |
| Account No: Creditor # : 3 VALLEY NATIONAL BANK C/O STEIN RISO MANTEL, LLP 405 LEXINGTON AVE NEW YORK  NY 10174 | X | BLANKET LIEN  Value: $ 1,000,000.00 | | | | $ 600,000.00 | $ 0.00 |
| No continuation sheets attached | | Subtotal $ (Total of this page) | | | | $ 688,038.47 | $ 88,038.47 |
| | | Total $ (Use only on last page) | | | | $ 688,038.47 (Report also on Summary of Schedules.) | $ 88,038.47 (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _ARROW SEAFOODS, INC._ _____,      Case No. _06 B 12790 (SMB)_
_____Debtor(s)_____                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If a "minor child" is stated, also include the name, address and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☒ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_3_   **continuation sheets attached**

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790 (SMB)_
                 **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Contributions to employee benefit plans_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See Instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim / H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: _Creditor # : 1_ _FULTON FISH MKT WELFARE FUND_ _140 BEEKMAN STREET_ _NEW YORK, NY 10038_ | | | | | | $ 48,313.22 | $ 48,313.22 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $** (Total of this page) | _48,313.22_ | _48,313.22_ | _0.00_ |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re _ARROW SEAFOODS, INC._ _____ ,   Case No. _06 B 12790 (SMB)_
    **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Certain farmers and fishermen_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 2** **AQUACHILE INC.** **5301 BLUE LAGOON DRIVE** **SUITE 480** **MIAMI, FL 33126** | | | | | | | $ 41,931.15 | $ 4,925.00 | $ 37,006.15 |
| Account No: **Creditor # : 3** **BRIAN TRUJILLO** **FV PATRIOT** **5 BAY AVENUE** **HAMPTON BAYS, NY 11946** | | | | | | | $ 610.00 | $ 610.00 | $ 0.00 |
| Account No: **Creditor # : 4** **CHERRYSTONE AQUA-FARMS** **1588 TOWNFIELD DRIVE** **CHELRITON, VA 23316** | | | | | | | $ 15,192.00 | $ 4,925.00 | $ 10,267.00 |
| Account No: **Creditor # : 5** **CLEAR SPRINGS FOODS INC.** **PO BOX 712** **BUHL, ID 83316-0712** | | | | | | | $ 52,610.20 | $ 4,925.00 | $ 47,685.20 |
| Account No: **Creditor # : 6** **COAST SEAFOODS COMPANY** **PO BOX 34936** **DEPT. 4037** **SEATTLE, WA 98124-1936** | | | | | | | $ 35,768.40 | $ 4,925.00 | $ 30,843.40 |
| Account No: **Creditor # : 7** **EVENING PRAYER** **PO BOX 2730** **MONTAUK, NY 11954** | | | | | | | $ 38,681.30 | $ 4,925.00 | $ 33,756.30 |

Sheet No. _2_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 152,447.75 | 20,310.00 | 125,801.75 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re _ARROW SEAFOODS, INC._____,     Case No. _06 B 12790 (SMB)_
                    **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Certain farmers and fishermen_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | $ 6,336.00 | $ 4,925.00 | $ 1,411.00 |
| _Creditor # : 8_ _IDAHO TROUT PROCESSORS_ _C/O SULLIVAN & FITZGERALD_ _PO BOX 1597_ _LIVINGSTON, NJ 07039_ | | | | | | | | | | |
| Account No: | | | | | | | | $ 41,897.00 | $ 4,925.00 | $ 36,972.00 |
| _Creditor # : 9_ _NATURE'S CATCH INC._ _1090 WILLIS ROAD_ _CLARKSDALE, MS 38614_ | | | | | | | | | | |
| Account No: | | | | | | | | $ 20,011.00 | $ 4,925.00 | $ 15,086.00 |
| _Creditor # : 10_ _PAMLICO FISH FARM INC._ _HIGHWAY NC 33 EAST_ _PO BOX 463_ _AURORA,    NC 27806_ | | | | | | | | | | |
| Account No: | | | | | | | | $ 709.00 | $ 709.00 | $ 0.00 |
| _Creditor # : 11_ _PATRIOT_ _BRIAN TRUJILLO_ _5 BAY AVENUE WEST_ _HAMPTON BAYS, NY 11946_ | | | | | | | | | | |
| Account No: | | | | | | | | $ 43,473.00 | $ 4,925.00 | $ 38,548.00 |
| _Creditor # : 12_ _RFA INC.-_ _RAINFOREST AQUACULTURE_ _P.O. BOX 862669_ _ORLANDO, FL 32886-2669_ | | | | | | | | | | |
| Account No: | | | | | | | | $ 1,378.00 | $ 1,378.00 | $ 0.00 |
| _Creditor # : 13_ _STEVEN BOLTON_ _45 COVE ROAD SOUTH_ _SOUTH HAMPTON, NY  11968_ | | | | | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 112,426.00 | 20,409.00 | 92,017.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 346,910.27 | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 95,335.22 | 251,575.05 |

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790 (SMB)_

         **Debtor(s)**                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Cotingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Husband--H Wife--W Joint--J Community--C | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 1 ACME SMOKED FISH CORP. 25-56 GEM STREET BROOKLYN, NY  11222 | | | | | | | $ 59,611.05 |
| Account No: | | | | | | | |
| Creditor # : 2 AIR TUNA CORP. 73 WILLETS DRIVE SYOSSET, NY  11791 | | | | | | | $ 20,201.00 |
| Account No: | | | | | | | |
| Creditor # : 3 ALBA SPECIALTY SEAFOOD CO. INC 233 WASTER STREET NEW YORK, NY  10038 | | | | | | | $ 7,659.00 |
| Account No: | | | | | | | |
| Creditor # : 4 AMERICAN PRIDE SEAFOOD PROCESS TOM BASTONI PO BOX 1450 MINNEAPOLIS, MN 55485-5555 | | | | | | | $ 2,635.00 |

_29_ continuation sheets attached

                                              Subtotal $    $ 90,106.05

                                                   Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._____,  Case No. _06 B 12790 (SMB)_

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 5 ANDRADE'S CATCH DAVE ANDRADE 186 WOOD STREET BRISTOL, RI 02809 | | | | | | | $ 20,059.00 |
| **Account No:** Creditor # : 6 ARNOLD SMITH 5835 BUCIDA ROAD BOYNTON BEACH FL | | | LOAN | | | | $ 824,841.00 |
| **Account No:** Creditor # : 7 ATLANTIC COAST FISHERIES CORP. DEPARTMENT 5106 P.O. BOX 3000 HARTFORD, CT 06150-5106 | | | | | | | $ 3,143.55 |
| **Account No:** Creditor # : 8 AUTOMATED DATA PROCESSING PO BOX 9001006 LOUISVILLE, KY 40290-1006 | | | | | | | $ 736.12 |
| **Account No:** Creditor # : 9 BAYSIDE SHELLFISH 169 RIVERSIDE DRIVE TIVERTON, RI 02878 | | | | | | | $ 400.00 |
| **Account No:** Creditor # : 10 BEST BUY FISH MARKET JOHN LAROCCA, PRESIDENT 800 FOOD CENTER DRIVE, UNIT 36 BRONX, NY 10474 | | | *Subject to Setoff | | | | $ 115.00 |

Sheet No. _1_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 849,294.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>ARROW SEAFOODS, INC.</u>                          , Case No. <u>06 B 12790 (SMB)</u>

Debtor(s)

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 11<br>BIG BLUE OCEAN, LLC<br>400 JERICHO TURNPIKE<br>JERICHO, NY 11753 | | | | | | $ 4,471.30 |
| Account No:<br>Creditor # : 12<br>BLUE STAR TRUCKING<br>118 ALDEN DRIVE<br>PORT JEFFERSON, NY 11777 | | | | | | $ 632.30 |
| Account No:<br>Creditor # : 13<br>BOARD OF TRADE SFD MERCHANTS<br>7 DEY STREET<br>NEW YORK, NY 10007 | | | | | | $ 100.00 |
| Account No:<br>Creditor # : 14<br>BRISTOL SEAFOOD<br>PORTLAND FRESH FISH DIVISION<br>PO BOX 486<br>PORTLAND, OME 04112-0486 | | | | | | $ 47,745.70 |
| Account No:<br>Creditor # : 15<br>BURNSED TRUCKING<br>170 BOYD ROAD<br>FORT PIERCE FL 34945 | | | | | | $ 214.00 |
| Account No:<br>Creditor # : 16<br>C.G. DINO'S SEAFOOD<br>NINA FIORENTINO<br>800 FOOD CENTER DRIVE, UNIT 56<br>BRONX, NY 10474 | | *Subject to Setoff | | | | $ 1,531.00 |

Sheet No. <u>2</u> of <u>29</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 54,694.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790 (SMB)_
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>CALEB HALEY<br>800 FOOD CENTER DRIVE<br>UNIT 110<br>BRONX NY 10474 | | | *Subject to Setoff | | | | $ 20,319.00 |
| Account No:<br>Creditor # : 18<br>CARL'S SEAFOOD<br>CARL, RONNIE, JOSEPH<br>800 SEAFOOD CENTER DR.,UNIT 48<br>BRONX, NY 10474 | | | *Subject to Setoff | | | | $ 1,483.67 |
| Account No:<br>Creditor # : 19<br>CARTY'S SEAFOOD SERVICE INC.<br>50 AVENUE L<br>NEWARK, NJ 07105 | | | *Subject to Setoff | | | | $ 10,691.00 |
| Account No:<br>Creditor # : 20<br>CASINO CLAM COMPANY<br>427 EAST MAIN STREET<br>PATCHOGUE, NY 11772 | | | VENDORS SETOFF DEBT POST PETITION<br><br>*Subject to Setoff | | | | $ 27.00 |
| Account No:<br>Creditor # : 21<br>CERTIFIED CLAM CORP.<br>PO BOX 383<br>HIGHLANDS, NJ 07732 | | | | | | | $ 77,983.00 |
| Account No:<br>Creditor # : 22<br>CHATHAM FISH & LOBSTER CO INC.<br>PO BOX 879<br>WEST CHATHAM, MA 02659 | | | MAY HAVE RECEIVED A BOUNCED CHECK | X | | | $ 1,915.00 |

Sheet No. _3_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 112,418.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790 (SMB)_
               **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 23 <br> CLEARWATER FISH <br> 800 FOOD CENTER DRIVE <br> UNIT 115 <br> BRONX NY 10474 | | | | | | | $ 27,761.00 |
| Account No: <br> Creditor # : 24 <br> COASTAL PRIDE <br> 2201 BOUNDARY STREET <br> SUITE 306 <br> BEAUFORT SC 22902 | | | | | | | $ 5,202.00 |
| Account No: <br> Creditor # : 25 <br> COLD SPRING FISH & SUPPLY CO. <br> PO BOX 497 <br> CAPE MAY, NJ 08204 | | | | | | | $ 12,327.00 |
| Account No: <br> Creditor # : 26 <br> COMMISSIONER OF TAX & FINANCE <br> NYS ASSESSMENT RECEIVABLES <br> PO BOC 4127 <br> BINGHAMTON, NY 13902-4127 | | | | | | | $ 415.00 |
| Account No: <br> Creditor # : 27 <br> COMPUTER NETWORK SOLUTIONS LLC <br> 11 COMMERCIAL STREET <br> PLAINVIEW, NY 11803 | | | | | | | $ 1,105.39 |
| Account No: <br> Creditor # : 28 <br> CONSOLIDATED EDISON OF NY <br> JAF STATION <br> BOX 1702 <br> NEW YORK, NY 10116-1702 | | | | | | | $ 8,612.04 |

Sheet No. __4__ of __29__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 55,422.43

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  ARROW SEAFOODS, INC. ,                                          Case No. 06 B 12790 (SMB)
_____
              **Debtor(s)**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 17,424.62 |
| Creditor # : 29 CONTINENTAL AIRLINES INC. PO BOX 201974 HOUSTON, TX 77216-1974 | | | | | | | |
| Account No: | | | | | | | $ 992.00 |
| Creditor # : 30 COX SEAFOOD PO BOX 1973 TARPON SPRINGS FL 34688 | | | | | | | |
| Account No: | | | | | | | $ 91.00 |
| Creditor # : 31 CROWN FISH 800 FOOD CENTER DRIVE UNIT 86 BRONX NY 10474 | | | *Subject to Setoff | | | | |
| Account No: | | | | | | | $ 29,488.00 |
| Creditor # : 32 DAVE HANDRIGAN SEAFOOD INC PO BOX 786 NARRAGANSETT, RI 02882 | | | | | | | |
| Account No: | | | | | | | $ 228,152.00 |
| Creditor # : 33 DAVID SMITH 200 EAST 94TH STREET NEW YORK NY 10128 | | | LOAN | | | | |
| Account No: | | | | | | | $ 3,674.00 |
| Creditor # : 34 DE LAGE LANDEN FINANCIAL SVC. PO BOX 41601 PHILADELPHIA, PA 19101-1601 | | | | | | | |

Sheet No.  5 of  29 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 279,821.62

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790 (SMB)_
                 **Debtor(s)**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 35 DELORENZO FISH 38 NOLAN ROAD MORGANVILLE, NJ 07751 | | *Subject to Setoff | | | | $ 276.00 |
| Account No: Creditor # : 36 DIRECT SEAFOOD 36 BIRCH STREET NEW ROCHELLE, NY 10801 | | *Subject to Setoff | | | | $ 14,522.00 |
| Account No: Creditor # : 37 DIXIE FISH COMPANY 218 SOUTH COVE LANE PANAMA CITY,  FL 32401 | | | | | | $ 107,894.00 |
| Account No: Creditor # : 38 DOCKSIDE FRESH 648 CENTRAL PARK AVENUE SCARSDALE, NY 10583 | | | | | | $ 33,371.00 |
| Account No: Creditor # : 39 DOUTY BROTHERS, INC. 10 PORTLAND FISH PIER PORTLAND, ME 04101 | | | | | | $ 2,407.00 |
| Account No: Creditor # : 40 EARLY MORNING SEAFOOD 35 ROUTE 22 WEST HILLSIDE, NJ 07205 | | *Subject to Setoff | | | | $ 63,025.63 |

Sheet No. _6_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 221,495.63

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._____ ,  Case No. _06 B 12790 (SMB)_

               **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>EAST BAY SEAFOOD CO., INC.<br>399 NORTHERN AVENUE<br>BOSTON, MA 02210 | | | | | | | $ 14,077.50 |
| Account No:<br>Creditor # : 42<br>EASTERN OVERSEAS MARKETING LTD<br>PO BOX 1200<br>ONE WEST AMES COURT<br>PLAINVIEW, NY 11803 | | | | | | | $ 25,009.00 |
| Account No:<br>Creditor # : 43<br>ELEGANT SFD WHOLESALERS INC.<br>PO BOX 1304<br>PATCHOGUE, NY 11772<br><br>*Subject to Setoff | | | | | | | $ 1,534.00 |
| Account No:<br>Creditor # : 44<br>EMERALD SEAFOOD<br>TOM OR JOHN<br>800 FOOD CENTER DRIVE, UNIT 59<br>BRONX, NY 10474<br>*Subject to Setoff | | | | | | | $ 4,727.80 |
| Account No:<br>Creditor # : 45<br>EMESCO LLP<br>PO BOX 418<br>MILFORD, NJ 08848 | | | | | | | $ 1,317.00 |
| Account No:<br>Creditor # : 46<br>ENDURANCE SEAFOOD<br>PO BOX 2657<br>KILL DEVIL HILLS NC 27948 | | | | | | | $ 2,196.00 |

Sheet No. _7_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 48,861.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790 (SMB)_

                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 47 EVANS TRANSPORT LLC PO BOX 534 WASHINGTON, NC 27889 | | | | | | | $ 153.00 |
| Account No: Creditor # : 48 F&B MUSSELS 33 OLD PLYMOUTH ROAD SAGAMORE BEACH, MA 02562 | | | | | | | $ 162.00 |
| Account No: Creditor # : 49 F&R GOLD FISH 2749 OCEAN AVENUE BROOKLYN, NY 11229 | | | *Subject to Setoff | | | | $ 38.00 |
| Account No: Creditor # : 50 FED-EX PO BOX 371461 PITTSBURGH PA 15250-7461 | | | | | | | $ 491.00 |
| Account No: Creditor # : 51 FIDELITY PAPER & SUPPLY CO. PO BOX 376 901 MURRAY ROAD EAST HANOVER, NJ 07936 | | | | | | | $ 7,466.90 |
| Account No: Creditor # : 52 FISHERMEN'S DOCK COOPERATIVE PO BOX 1314 PT.PLEASANT BEAC NJ 08742 | | | | | | | $ 47,625.00 |

Sheet No. _8_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 55,935.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                          Case No. _06 B 12790 (SMB)_

**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 53* *FL FILLET* *800 FOOD CENTER DRIVE* *UNIT 94* *BRONX  NY  10474* | | | *Subject to Setoff* | | | | $ 52.50 |
| Account No: *Creditor # : 54* *FLORIDA QUALITY SEAFOOD* *PO BOX 860* *FERNANDINA BEACH FL 32035* | | | | | | | $ 7,987.00 |
| Account No: *Creditor # : 55* *FLOWERS SHELLFISH* *5 CARR PLACE* *BAYVILLE NY  11709* | | | | | | | $ 0.00 |
| Account No: *Creditor # : 56* *FOUR SEAS INC.* *8 SEAFOOD WAY* *UNIT #8* *BOSTON, MA 02210-2210* | | | | | | | $ 7,293.00 |
| Account No: *Creditor # : 57* *FOX SEAFOOD INC.* *PO BOX 464* *WAKEFIELD, RI 02880* | | | | | | | $ 2,283.00 |
| Account No: *Creditor # : 58* *FRANK W. WILKISSON* *800 FOOD CENTER DRIVE* *UNIT 83* *BRONX, NY 10474* | | | *Subject to Setoff* | | | | $ 435.00 |

Sheet No. _9_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 18,050.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                    Case No._06 B 12790 (SMB)_

**Debtor(s)**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> FREEDOM FISH LLC <br> 450 COMMERICAL STREET <br> PORTLAND  ME 04101 | | | | | | | $ 468.00 |
| Account No: <br> Creditor # : 60 <br> FRENCH FOODS EXPORT <br> 100 MAHATTAN DRIVE <br> #1813 <br> UNION CITY, NJ 07087-2745 | | | | | | | $ 1,874.00 |
| Account No: <br> Creditor # : 61 <br> GALILEAN SEAFOOD INC. <br> PO BOX 1140 <br> BRISTOL, RI 02809 | | | | | | | $ 8,206.00 |
| Account No: <br> Creditor # : 62 <br> GEORGE DUNN <br> PO BOX 319 <br> ROCK HALL MD 21661 | | | | | | | $ 100.00 |
| Account No: <br> Creditor # : 63 <br> GOSMAN'S FISH MARKET <br> PO BOX 627 <br> MONTAUK, NY 11954 | | | | | | | $ 14,631.00 |
| Account No: <br> Creditor # : 64 <br> GRANMAR PRODUCTS INC. <br> 2731 NW 104 COURT <br> DORAL, FL 33172 | | | | | | | $ 6,883.00 |

Sheet No. _10_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 32,162.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  ARROW SEAFOODS, INC.                                    ,        Case No. 06 B 12790 (SMB)
_____
              **Debtor(s)**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> GREAT EASTERN SEAFOOD <br> 6-14 BOSTON FISH PIER <br> BOSTON, MA 02210 | | | | | | | $ 3,485.00 |
| Account No: <br> Creditor # : 66 <br> GREAT OCEANS LLC <br> 400 JERICHO TURNPIKE <br> SUITE 322 <br> JERICHO, NY 11753 | | | | | | | $ 337,379.00 |
| Account No: <br> Creditor # : 67 <br> HARBOR SEAFOODS <br> P.O. BOX 438 <br> NEW HYDE PARK, NY 11040-0410 | | | | | | | $ 7,980.00 |
| Account No: <br> Creditor # : 68 <br> HARVEST SELECT CATFISH <br> PO BOX 769 <br> UNIONTOWN, AL 36786 | | | | | | | $ 14,077.00 |
| Account No: <br> Creditor # : 69 <br> HICKORY HOUSE <br> 2324 WEST 79TH STREET <br> HIALEAH, FL 33016 | | | | | | | $ 15,631.00 |
| Account No: <br> Creditor # : 70 <br> HILB, ROGAL & HOBBS <br> 100 PARK AVE <br> NEW YORK  NY  10017 | | | WORKERS' COMPENSATION INS. | | | | $ 34,128.00 |

Sheet No. 11 of 29 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 412,680.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790 (SMB)_

                                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 71 <br> HI-SPEED GRAPHICS LTD. <br> 345 MAUJER STREET <br> BROOKLYN, NY 11206 | | | | | | | $ 1,241.00 |
| Account No: <br> Creditor # : 72 <br> HOBERMAN MILLER GOLDSTEIN <br> 226 WEST 26TH STREET <br> NEW YORK, NY 10016 | | | | | | | $ 2,470.00 |
| Account No: <br> Creditor # : 73 <br> HYGRADE OCEAN PRODUCTS <br> PO BOX 6918 <br> NEW BEDFORD, MA 02742 | | | | | | | $ 27,572.50 |
| Account No: <br> Creditor # : 74 <br> IBI ARMORED CAR SERVICES INC. <br> 37-06 61ST STREET <br> WOODSIDE, NY 11377 | | | | | | | $ 2,397.00 |
| Account No: <br> Creditor # : 75 <br> ICICLE SEAFOOD <br> PO BOX 79003 <br> SEATTLE, WA  98119 | | | | | | | $ 5,610.00 |
| Account No: <br> Creditor # : 76 <br> IDEAL FISH MARKET INC. <br> 32 PACIFIC STREET <br> NEWARK, NJ 07105 | | | *Subject to Setoff | | | | $ 9,664.00 |

Sheet No. _12_ of ___29___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 48,954.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _ARROW SEAFOODS, INC._                              ,     Case No. _06 B 12790 (SMB)_
                    **Debtor(s)**                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 77* *INDEPENDENCE FISH COMPANY* *661 E. GERMANTOWN PIKE* *STE. 206* *PLYMOUTH MEETING PA  19462-0803* | | | | | | | $ 1,344.00 |
| Account No: *Creditor # : 78* *INTERSEA FISHERIES LTD.* *PO BOX 827980* *PHILADELPHIA,  PA  19182-7980* | | | *Subject to Setoff* | | | | $ 11,686.00 |
| Account No: *Creditor # : 79* *IRMAOS BRAGA EXPORTATION LTDA* *RUA DOS TAMOIOS 608* *BELIM PARA, BR 66025540* | | | | | | | ($900.00) |
| Account No: *Creditor # : 80* *ISLAND LOBSTER LTD* *42 ROGERS STREET* *GLOUCESTER, MA 01930* | | | | | | | $ 13,220.00 |
| Account No: *Creditor # : 81* *J&H TRANSFER* *2031 OLD COUNTRY ROAD* *RIVERHEAD, NY  11901* | | | | | | | $ 20.00 |
| Account No: *Creditor # : 82* *J.C. WALKER BROS.* *PO BOX 10* *WILLIS WHARF, VA 23486* | | | | | | | $ 18,230.00 |

Sheet No. _13_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  |  $ 44,500.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,          Case No. _06 B 12790 (SMB)_
          **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 83<br>J.H. WEST SEAFOOD INC.<br>PO BOX 174<br>CHERITON, VA 23316 | | | | | | | $ 17,796.00 |
| Account No:<br>Creditor # : 84<br>J.P.'S SHELLFISH INC.<br>PO BOX 666<br>ELIOT, ME 03903 | | | | | | | $ 27,088.00 |
| Account No:<br>Creditor # : 85<br>JMS ICE AND SEAFOOD<br>800 FOOD CENTER DRIVE UNIT 52<br>BRONX, NY 10474<br><br>*Subject to Setoff | | | | | | | $ 3,062.00 |
| Account No:<br>Creditor # : 86<br>JOE'S SEAFOOD CORP.<br>PO BOX 238<br>WEST WAREHAM, MA 02576 | | | | | | | $ 44,610.00 |
| Account No:<br>Creditor # : 87<br>JOHN NAGLE CO.<br>306 NORTHERN AVENUE<br>BOSTON, MA 02210 | | | | | | | $ 9,455.00 |
| Account No:<br>Creditor # : 88<br>JT SEA PRODUCTS INC.<br>PO BOX 70147<br>NORTH DARMOUTH, MA 02747-0147 | | | | | | | $ 3,806.00 |

Sheet No. _14_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 105,817.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,    Case No. _06 B 12790  (SMB)_

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 89 KAEBEL WHOLESALE INC. 2501 S.W. 31ST STREET FORT LAUDERDALE, FL 33312 | | | | | | $ 1,104.00 |
| Account No: Creditor # : 90 KARL S. CRUTE, SR. KIPS SEAFOOD COMPANY 121 RIVER ROAD CUSHING, ME 04563 | | | | | | $ 3,117.00 |
| Account No: Creditor # : 91 KENDELL SEAFOOD PO BOX 1209 EAST GREENWICH, RI 02818 | | | | | | $ 18,963.00 |
| Account No: Creditor # : 92 KING AND PRINCE SEAFOOD CORP PO BOX 933553 ATLANTA, GA 31193-3553 | | | | | | $ 29,242.00 |
| Account No: Creditor # : 93 KYLER SEAFOOD PO BOX 2086 NEW BEDFORD, MA 02741 | | | | | | $ 14,936.00 |
| Account No: Creditor # : 94 LARO MAINTENANCE CORP. 271 SKIP LANE BAYSHORE, NY 11706 | | | | | | $ 6,409.00 |

Sheet No. _15_ of _29_ continuation sheets attached to Schedule of    Subtotal $    $ 73,771.00

Creditors Holding Unsecured Nonpriority Claims    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                     Case No. _06 B 12790 (SMB)_
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 95* <br> *LINDY'S SEAFOOD INC.* <br> *1548 TAYLORS ISLAND ROAD* <br> *WOOLFORD, MD 21677* | | | | | | $ 102,377.00 |
| Account No: <br> *Creditor # : 96* <br> *LISBON SEAFOOD SO.* <br> *1428 SOUTH MAIN STREET* <br> *FALL RIVER, MA 02724* | | | | | | $ 30,619.00 |
| Account No: <br> *Creditor # : 97* <br> *LOCKWOOD & WINANT* <br> *800 FOOD CENTER DRIVE* <br> *UNIT 99* <br> *BRONX NY 10474* | | *Subject to Setoff* | | | | $ 2,434.00 |
| Account No: <br> *Creditor # : 98* <br> *M.C.S.T. PREFERRED TRANSPORT* <br> *PO BOX 15589* <br> *JERSEY CITY, NJ 07305* | | | | | | $ 1,817.00 |
| Account No: <br> *Creditor # : 99* <br> *MACKNIGHT SMOKED FOODS, INC.* <br> *550 NORTH EAST 185TH STREET* <br> *MIAMI, FL 33179* | | | | | | $ 21,089.00 |
| Account No: <br> *Creditor # : 100* <br> *MAR SEAFOOD, INC.* <br> *100 OAKLAND BEACH AVENUE* <br> *WARWICK, RI 02889* | | *Subject to Setoff* | | | | $ 38,351.00 |

Sheet No. _16_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 196,687.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._____ ,     Case No. _06 B 12790 (SMB)_
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 101 MARDER TRAWLING 22 SOUTH WATER STREET NEW BEDFORD, MA 02740 | | | | | | | $ 6,476.80 |
| Account No: Creditor # : 102 MARKY'S 687 N.E. 79TH STREET MIAMI, FL 33138 | | | | | | | $ 6,331.00 |
| Account No: Creditor # : 103 MAZUR & JAFFE FISH CO INC. 800 FOOD CENTER DRIVE UNIT 1 BRONX, NY 10474 | | | *Subject to Setoff | | | | $ 3,481.00 |
| Account No: Creditor # : 104 MCI TELECOMMUNICATION PO BOX 371838 PITTSBURGH PA 15250 | | | | | | | $ 88.17 |
| Account No: Creditor # : 105 MERMAID SEA PRODUCTS INC. 1342 39TH STREET BROOKLYN, NY 11218 | | | | | | | $ 51.00 |
| Account No: Creditor # : 106 MERRY'S SEAFOOD 449 LOWER ROAD PO BOX 39 ARICHAT NOVA SCOTIA BOA 1AO | | | | | | | $ 881.00 |

Sheet No. _17_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 17,308.97

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                                    Case No. _06 B 12790 (SMB)_
                **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 107* *MIRACLE FISH INC.* *PO BOX 173832* *MIAMI, FL 33017-3832* | | | | | | | $ 31,481.00 |
| Account No: *Creditor # : 108* *MOBJACK BAY SEAFOOD, INC.* *PO BOX 12* *WARE NECK, VA 23178* | | | | | | | $ 1,161.00 |
| Account No: *Creditor # : 109* *MONTAUK SEAFOOD CO, INC.* *800 FOOD CENTER DRIVE* *UNIT 81* *BRONX, NY 10474* | | | | | | | $ 1,474.00 |
| Account No: *Creditor # : 110* *MOON TILLET FISH CO INC.* *PO BOX 310* *WANCHESE, NC 27981* | | | | | | | $ 2,650.00 |
| Account No: *Creditor # : 111* *MORRISON & SON INC.* *SHORE ROAD* *PERRY, ME 04667* | | | | | | | $ 2,910.00 |
| Account No: *Creditor # : 112* *NEW FULTON FISH MKT COOPERATIV* *AT HUNTS POINT INC.* *800 FOOD CENTER DRIVE UNIT 65B* *BRONX, NY 10474-9998* | | | | | | | $ 27,018.00 |

Sheet No. _18_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 66,694.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,  Case No. _06 B 12790 (SMB)_

**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 113 NEW ZEALAND SEAFOOD MKTG 4321 BOYL AVENUE VERNON, CA 90058 | | | | | | $ 54,492.00 |
| Account No: Creditor # : 114 NISSAN LIFT OF NEW YORK INC. PO BOX 668 MIDDLETOWN, NY 10940 | | | | | | $ 1,673.00 |
| Account No: Creditor # : 115 NORMAN'S AIR FREIGHT INC. 3406 WOODWARD STREET OCEANSIDE, NY 11572 | | | | | | $ 2,011.00 |
| Account No: Creditor # : 116 NORTH LANDING 610 BRIGHTON ROAD CLIFTON, NJ 07012 | | | | | | $ 204,633.00 |
| Account No: Creditor # : 117 NORTHERN WIND INC. PO BOX 40144 NEW BEDFORD, MA 02744 | | | | | | $ 13,521.00 |
| Account No: Creditor # : 118 OCEAN SPRINGS SEAFOOD, INC. 608 MAGNOLIA AVENUE OCEAN SPRINGS, MS 39564 | | | | | | $ 1,749.00 |

Sheet No. _19_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 278,079.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,    Case No. _06 B 12790 (SMB)_

**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 119<br>OCEAN STREET SEAFOODS LIMITED<br>PO BOX 650<br>MAHONE BAY, BCANADA NS BOJ 2EO | | | | | | $ 15,225.00 |
| Account No:<br>Creditor # : 120<br>OCEAN TRANSFER INC.<br>PO BOX 612<br>READING, MA 01867 | | | | | | $ 2,399.00 |
| Account No:<br>Creditor # : 121<br>OLD POINT PACKING<br>817 JEFFERSON AVENUE<br>NEWPORT NEWS, VA 23607 | | | | | | $ 13,157.00 |
| Account No:<br>Creditor # : 122<br>PARROTT TRUCKING CO., INC.<br>PO BOX 452<br>PINE BEACH, NJ 08741 | | | | | | $ 1,851.00 |
| Account No:<br>Creditor # : 123<br>PEARSON'S SEAFOOD<br>610 COLONIAL AVENUE<br>COLONIAL BEACH, VA 22443 | | | | | | $ 3,365.00 |
| Account No:<br>Creditor # : 124<br>PHYLLIS SMITH<br>34 TARA DRIVE<br>EAST HILLS NY | | PROMISSORY NOTE INHERITED FROM DECEASED FATHER | | | | $ 150,000.00 |

Sheet No. _20_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 185,997.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _ARROW SEAFOODS, INC._ ,

Case No. _06 B 12790 (SMB)_

**Debtor(s)**

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 125<br>PHYLLIS SMITH<br>34 TARA DRIVE<br>EAST HILLS NY  4464 | | *INTEREST ON LOAN* | | | | $ 4,464.00 |
| Account No:<br>Creditor # : 126<br>PIER 7 INC.<br>23 FOOD MART ROAD<br>BOSTON, MA 02118 | | | | | | $ 5,736.00 |
| Account No:<br>Creditor # : 127<br>PK'S SEAFOOD<br>9035 INDIANTOWN ROAD<br>KING GEORGE, VA 22485 | | | | | | $ 50.00 |
| Account No:<br>Creditor # : 128<br>PLATINUM PLUS<br>PO BOX 15469<br>WILMINGTON DE  19886 | X | *CREDIT CARD UNDER ROBERT SMITH'S NAME* | | | | $ 9,685.00 |
| Account No:<br>Creditor # : 129<br>POINT JUDITH SEAFOOD<br>PO BOX 1856<br>OLD CHELSEA STATION<br>NEW YORK, NY 10113-0950 | | | | | | $ 1,852.00 |
| Account No:<br>Creditor # : 130<br>POINT LOOKOUT FISH DOCK INC.<br>99 BAYSIDE DRIVE<br>PT. LOOKOUT, NY 11569 | | *Subject to Setoff* | | | | $ 1,122.00 |

Sheet No. _21_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 22,909.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,                    Case No. _06 B 12790  (SMB)_
_____
                **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 131 *PORTLAND SHELLFISH, INC. 110 DARTMOUTH STREET SOUTH PORTLAND, ME 04106* | | | | | | | $ 27,774.00 |
| **Account No:** Creditor # : 132 *PREMIUM SEAFOOD CO. INC. PO BOX 691 FDR STATION NEW YORK, NY 10150* | | | | | | | $ 2,852.00 |
| **Account No:** Creditor # : 133 *R.L. VISCONTI PO BOX 300779 JFK AIRPORT STATION JAMAICA, NY 11430* | | | | | | | $ 4,035.00 |
| **Account No:** Creditor # : 134 *RICK'S SEAFOOD OF DIXIE INC. PO BOX 1600 CROSS CITY, FL 32628* | | | | | | | $ 1,273.00 |
| **Account No:** Creditor # : 135 *ROBERT SMITH 34 TARA DRIVE EAST HILLS NY* | | | *LOAN* | | | | $ 576,993.00 |
| **Account No:** Creditor # : 136 *ROBERT SMITH 34 TARA DRIVE EAST HILLS NY* | | | *INTERETS ON LOAN* | | | | $ 10,320.00 |

Sheet No. _22_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 623,247.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re <u>ARROW SEAFOODS, INC.</u>                              ,          Case No. <u>06 B 12790 (SMB)</u>
              **Debtor(s)**                                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 137 <br> ROYAL LOBSTER <br> 1000 CONGRESS STREET <br> PORTLAND, ME 04102 | | | | | | | $ 299.00 |
| Account No: <br> Creditor # : 138 <br> ROYAL WASTE SERVICES <br> PO BOX 312170 <br> JAMAICA, NY 11431-2170 | | | | | | | $ 33,329.00 |
| Account No: <br> Creditor # : 139 <br> RUGGIERO SEAFOOD INC. <br> PO BOX 5369 <br> NEWARK, NJ 07105 | | | | | | | $ 13,966.00 |
| Account No: <br> Creditor # : 140 <br> RUSSELL HALL SEAFOOD, INC. <br> 2501 OLD HOUSE POINT ROAD <br> FISHING CREEK, MD 21634 | | | | | | | $ 27,364.00 |
| Account No: <br> Creditor # : 141 <br> SCHOONER BAY <br> 129 RIVER OAKS ROAD <br> MOELBOURNE BEACH FL 32951 | | | | | | | $ 3,845.00 |
| Account No: <br> Creditor # : 142 <br> SEA FRESH OF NEW BEDFORD <br> PO BOX 847132 <br> BOSTON, MA 02284-7132 | | | | | | | $ 22,829.00 |

Sheet No. _23_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 101,632.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _ARROW SEAFOODS, INC._ ,                                    Case No. _06 B 12790 (SMB)_
                  **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 143<br>SEAFOOD EXPRESS<br>PO BOX 468<br>CRISFIELD, MD 21817 | | | | | | | $ 40.00 |
| Account No:<br>Creditor # : 144<br>SEAPORT PRODUCTS<br>536 FAYETTE STREET<br>PERTHAMBOY NJ 08861 | | | | | | | $ 640.00 |
| Account No:<br>Creditor # : 145<br>SEATTLE SHRIMP & SEAFOOD<br>3625 FIRST AVENUE SOUTH<br>SEATTLE, WA  98134-2201 | | | | | | | $ 2,568.00 |
| Account No:<br>Creditor # : 146<br>SHACKLEFORD SEAFOOD CORP.<br>PO BOX 232<br>ACHILLES, VA 23001 | | | | | | | $ 422.00 |
| Account No:<br>Creditor # : 147<br>SHRIMP LANDING<br>12645 PORT ISLAND TRAIL<br>CRYSTAL RIVER, FL 34429-5290 | | | | | | | $ 692.00 |
| Account No:<br>Creditor # : 148<br>SLADE GORTON & CO INC.<br>PO BOX 31312<br>HARTFORD, CT 06150-1312 | | | | | | | $ 3,999.00 |

Sheet No. _24_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 8,361.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,
_____
**Debtor(s)**

Case No. _06 B 12790 (SMB)_
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 149 <br> SMITTY'S FILLET HOUSE <br> 800 FOOD CENTER DRIVE <br> UNIT 87 <br> BRONX, NY 10474 | | | *Subject to Setoff | | | | $ 3,065.00 |
| Account No: <br> Creditor # : 150 <br> SOLEAU'S WHARF <br> PO BOX 674 <br> HAMPTON BAYS, LI 11946 | | | | | | | $ 4,496.00 |
| Account No: <br> Creditor # : 151 <br> SOUTH STREET SEAFOOD CORP. <br> 800 FOOD CENTER DRIVE <br> UNIT 51 <br> BRONX, NY 10474 | | | *Subject to Setoff | | | | $ 1,518.00 |
| Account No: <br> Creditor # : 152 <br> STAPLES CREDIT PLAN <br> PO BOX 9020 <br> DES MOINES, IA 50368-9027 | | | | | | | $ 811.00 |
| Account No: <br> Creditor # : 153 <br> STARK MACROBIOTIC FISHERIES <br> 29-14 122ND STREET <br> COLLEGE POINT, NY 11354 | | | | | | | $ 116,226.00 |
| Account No: <br> Creditor # : 154 <br> STAVIS SEAFOOD INC. <br> PO BOX 847236 <br> BOSTON, MA 02284-7236 | | | | | | | $ 71,503.00 |

Sheet No. _25_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 197,619.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._ ,

**Debtor(s)**

Case No. _06 B 12790 (SMB)_

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 66,607.00 |
| Creditor # : 155 STEVEN'S SEAFOOD INC. 8893 SHRIMPERS ROW DULAC, LA 70353 | | | | | | | |
| Account No: | | | | | | | $ 950.00 |
| Creditor # : 156 SUNNY LAND TRANSPORT INC. PO BOX 186 OTTER CREEK, FL 32683-0186 | | | | | | | |
| Account No: | | | | | | | $ 11,415.00 |
| Creditor # : 157 TAI FOONG U.S.A. INC. PO BOX 0127 BUFFALO, NY 14240-0127 | | | | | | | |
| Account No: | | | | | | | $ 54.00 |
| Creditor # : 158 TIDEWATER EXPRESS PO BOX 2177 SALISBURY, MD 21802-2177 | | | | | | | |
| Account No: | | | | | | | $ 78,421.00 |
| Creditor # : 159 TONY & SON SEAFOOD CORP. 134-01 33 AVENUE FLUSHING, NY 11354 | | | *Subject to Setoff | | | | |
| Account No: | | | | | | | $ 162.00 |
| Creditor # : 160 TONY CRAB KING 800 FOOD CENTER DRIVE UNIT 93 BRONX NY 10474 | | | | | | | |

Sheet No. _26_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 157,609.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._____,          Case No. _06 B 12790 (SMB)_
                          **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 555.00 |
| Creditor # : 161 TOP CATCH 60-64 COMMERCE STREET BROOKLYN NY 11231 | | | | | | | |
| Account No: | | | | | | | $ 7,127.00 |
| Creditor # : 162 TOP KATCH SEAFOOD 2390 N.E. 183RD TERRACE N. MIAMI BEACH, FL 33160 | | | | | | | |
| Account No: | | | | | | | $ 40,553.00 |
| Creditor # : 163 TRI STATE SEAFOODS INC. 17 INTERSTATE DRIVE SOMERSWORTH, NH 03878 | | | | | | | |
| Account No: | | | | | | | $ 19,887.00 |
| Creditor # : 164 UNITED SEAFOOD 6575 DES GRANDES ST, LEONARD QUEBEC, CANADA HIP 3G8 | | | | | | | |
| Account No: | | | | | | | $ 7,121.00 |
| Creditor # : 165 VERIZON TELEPRODUCTS PO BOX 8538-635 PHILADELPHIA PA 19171 | | | | | | | |
| Account No: | | | | | | | $ 1,125.00 |
| Creditor # : 166 VERIZON WIRELESS PO BOX 489 NEWARK, NJ 07101-0489 | | | | | | | |

Sheet No. _27_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 76,368.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._____ ,    Case No. _06 B 12790 (SMB)_
                    **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 167 <br> VIKING VILLAGE INC. <br> BOX 458 <br> BARNEGAT LIGHT, NJ 08006 | | | | | | | $ 76,244.00 |
| Account No: <br> Creditor # : 168 <br> W.E. PRAY INC. <br> 132 OLD FALL RIVER ROAD <br> SEEKONK, MA 02771 | | | | | | | $ 146.00 |
| Account No: <br> Creditor # : 169 <br> W.H. CHRISTIAN & SONS INC. <br> 22-28 FRANKLIN STREET <br> BROOKLY, NY 11222 | | | | | | | $ 697.00 |
| Account No: <br> Creditor # : 170 <br> WALDMAN IMPORTS INC. <br> 560 SYLVAN AVENUE <br> ENGLEWOOD CLIFFS NJ 07632 | | | | | | | $ 50,739.00 |
| Account No: <br> Creditor # : 171 <br> WILD EDIBLES <br> 21-51 BORDEN AVENUE <br> LONG ISLAND, NY 11101 <br> <br> *Subject to Setoff | | | | | | | $ 6,038.00 |
| Account No: <br> Creditor # : 172 <br> WILLIAMS SEAFOOD INC <br> PO BOX 454 <br> ENGLEHARD NC 27824 | | | | | | | $ 8,250.00 |

Sheet No. _28_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 142,114.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _ARROW SEAFOODS, INC._____,  Case No. _06 B 12790 (SMB)_

                **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 173 *WORLD WIDE FISH PRODUCTS F-5 HUNTS POINT CO-OP MARKET BRONX, NY 10474* | | | | | | | $ 4,744.00 |
| **Account No:** Creditor # : 174 *YORK RIVER SEAFOOD, INC. PO BOX 239 HAYES, VA 23072* | | | | | | | $ 5,070.00 |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |

Sheet No. _29_ of _29_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 9,814.00

Total $     $ 4,588,424.54

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *ARROW SEAFOODS, INC.*        / Debtor      Case No. *06 B 12790 (SMB)*

                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *BLUE CROSS/BLUE SHIELD* | Contract Type: *HEALTH INSURANCE POLICY*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *PROGRAM FOR NON-UNION EMPLOYEES*<br><br>Buyout Option: |
| *DE LAGE LANDEN FINANCIAL SVCS*<br>*1111 OLD EAGLE SCHOOL ROAD*<br>*WAYNE PA  19087* | Contract Type: *FINANCE AGREEMENT*<br>Terms: *10/25/05 -10/25/08*<br>Beginning date:<br>Debtor's Interest:<br>Description: *2 NISSAN RIDER PALLET JACKS, SERIAL NOS.:1W26-9300544; 1W26-9300545*<br>Buyout Option: *$0 PURCHASE OPTION* |
| *DELAGE LANDEN FINANCIAL SVCS*<br>*1111 OLD EAGLE SCHOOL ROAD*<br>*WAYNE PA  19087* | Contract Type: *FINANCE AGREEMENT*<br>Terms: *10/25/09 -10/25/09*<br>Beginning date:<br>Debtor's Interest:<br>Description: *5 NISSAN FORKLIFTS, SERIAL NOS.: CSP01-9A5022; CSP01-9A5027; CSP01-9A5031; CSP01-9A5032; CSP01-9A5041*<br>Buyout Option: *$0 PURCHASE OPTION* |
| *ROYAL WASTE SERVICES*<br>*187-40 HOLLIS AVENUE*<br>*HOLLIS NY  11423* | Contract Type: *GARBAGE PICKUP CONTRACT*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |
| *UNITED SEAFOOD WORKERS SMOKED FISH & CANNERY UNION LOCAL 359 UNITED FOOD AND COMMERICAL WORKERS INT'L  UNION* | Contract Type: *EMPLOYEE WORKING AGREEMENT*<br>Terms: *12/1/06 - 11/30/09*<br>Beginning date:<br>Debtor's Interest:<br>Description: *EXPIRED 11/30/06, WORKIGN AGREEMENT RENEWED INDUSTRY WIDE*<br>Buyout Option: *N/A* |

In re _ARROW SEAFOODS, INC._ _____ / Debtor     Case No. _06 B 12790 (SMB)_

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| DAVID SMITH<br>200 E. 94TH STREET<br>NEW YORK, NY | VALLEY NATIONAL BANK<br>C/O STEIN RISO MANTEL, LLP<br>405 LEXINGTON AVE<br>NEW YORK NY 10174 |
| ELIZABETH GENE<br>239 LURLINE DRIVE<br>BASKING RIDGE, NJ | VALLEY NATIONAL BANK<br>C/O STEIN RISO MANTEL, LLP<br>405 LEXINGTON AVE<br>NEW YORK NY 10174 |
| PHYLLIS SMITH<br>34 TARA DRIVE<br>EAST HILLS, NY | VALLEY NATIONAL BANK<br>C/O STEIN RISO MANTEL, LLP<br>405 LEXINGTON AVE<br>NEW YORK NY 10174 |
| ROBERT SMITH<br>34 TARA DRIVE<br>EAST HILLS, NY | PLATINUM PLUS<br>PO BOX 15469<br>WILMINGTON DE 19886<br><br>VALLEY NATIONAL BANK<br>C/O STEIN RISO MANTEL, LLP<br>405 LEXINGTON AVE<br>NEW YORK NY 10174 |

In re *ARROW SEAFOODS, INC., a Corporation*

Debtor

Case No. *06 B 12790 (SMB)*

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *DAVID SMITH*, *President* of the *Corporation*
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*42*___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: *12/22/2006*

Signature */s/ DAVID SMITH*

Name: *DAVID SMITH*

Title: *President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]