**COHEN TAUBER SPIEVACK & WAGNER LLP**
*Counsel for Committee of Unsecured Creditors*
420 Lexington Avenue, 24th Floor
New York, New York 10170
Tel:   (212) 586-5800
Fax:  (212) 586-5095
      Robert A. Boghosian (RB-5822)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ARROW SEAFOODS, INC. | : | |
| Debtor. | : | Case No. 06 B 12790 (SMB) |
| | : | |

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                   ) ss:
COUNTY OF NEW YORK )

     Aubrey Barkley, being duly sworn, deposes and says, I am over 18 years of age, employed by the firm of Cohen Tauber Spievack & Wagner LLP, and am not a party to this action.

     On January 4, 2007, I served the First Supplement to Certification of Disinterestedness of Robert A. Boghosian in Further Support of the Employment and Retention of Cohen Tauber Spievack & Wagner LLP, as Counsel to the Official Committee of Unsecured Creditors, Pursuant to 11 U.S.C. §§ 327(a) and 1103(b), Bankruptcy Rule 2014 and Local Rule 2014-1, dated January 4, 2007, together with the exhibit annexed thereto, upon the entity below, by first class mail, by depositing a true copy of same in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                        /s/ Aubrey Barkley
Sworn to before me this                    Aubrey Barkley
4th day of January, 2007

              /s/ Ira R. Abel
Ira R. Abel
Notary Public, State of New York
No. 3102AB4852292
Qualified in New York County
My Commission Expires:  January 13, 2010

To:
     Brian Masumoto, Esq.
     United States Trustee
     Southern District of New York
     33 Whitehall Street, 21st Floor
     New York, NY  10004